

# In The
# Court of Appeals
# Sixth Appellate District of Texas at Texarkana

_____

No. 06-15-00015-CV
_____


IN THE INTEREST OF L.E.S., A CHILD


On Appeal from the 76th District Court
Titus County, Texas
Trial Court No. 37,180


Before Morriss, C.J., Moseley and Burgess, JJ.

O R D E R

Appellant Father appeals from the termination of his parental rights to L.E.S. The clerk's record in this accelerated appeal was filed February 27, 2015, and the reporter's record was filed March 31, 2015, making Father's brief due April 20, 2015. Having received neither Father's brief nor a motion to extend the deadline for filing that brief, our clerk's office contacted counsel via email and voicemail, advising that Father's brief was late and that a motion for extension of time in which to file such brief had not been filed. Counsel did not to respond to these messages, has not filed a brief, and has not filed a motion for extension of time in which to file a brief.

This is an appeal from the termination of Father's parental rights to L.E.S., which, by statute, is accelerated. *See* TEX. FAM. CODE ANN. § 109.002(a) (West 2014). Further, under Rule 6.2(a) of the Texas Rules of Judicial Administration, we are required, "so far as reasonably possible, [to] ensure that the appeal is brought to final disposition" within 180 days of the date the notice of appeal was filed. *See* TEX. R. JUD. ADMIN. 6.2, *reprinted* in TEX. GOV'T CODE ANN. tit. 2, subtit. F app. (West 2013). After weighing these considerations, we feel compelled to order the brief filed.

By this order, we set the final deadline for filing appellant's brief as May 11, 2015, which gives counsel twenty-one days from the original due date to complete the brief. Should appellant fail to file a brief on or before May 11, 2015, this appeal may be dismissed for want of prosecution. *See* TEX. R. APP. P. 42.3.

IT IS SO ORDERED.

BY THE COURT

Date: April 28, 2015

2